\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Ronald E. Scherer, Sr.

      vs               Case No. C2-11-635

JP Morgan Chase & Co., et al.     **Judge Frost**
                                          **Magistrate Judge Abel**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is GRANTED.

Date: **December 29, 2011**     **James Bonini, Clerk**

                                                   s/ Scott Miller
                                        By Scott Miller /Deputy Clerk